COMPLAINT BY AN INDIVIDUAL AND AS A FEDERAL PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1981, §1982, § 1983, § 1985, §1986, §1988 et seq.

Name  Riley          Barbara     Prisoner Number  94171198

Institutional Address  FCC VICTORVILLE, P.O. BOX 5300, ADELANTO, CA 92301

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARBARA ANNE RILEY, (HUSBAND) "pro se"
STEPHEN GILL "pro se"
    Plaintiffs

VS

UNITED STATES OF AMERICA, "ITS AGENCIES,"
DEPARTMENT OF JUSTICE IOWA, OFFICERS AND
EMPLOYEES: ACTING IN BOTH AN OFFICIAL
CAPACITY AND ACTING IN THEIR INDIVIDUAL
CAPACITY

OFFICE OF THE UNITED STATES ATTORNEY,
DES MOINES, IOWA:
Matthew G. Whitaker U.S. ATTORNEY

Kelly Mahoney Assistant U.S. Attorney

Andrew H. Kahl Assistant U.S. Attorney

STATE OF IOWA "ITS AGENCIES," STATE POLICE
STATE TROOPERS: ACTING IN BOTH AN OFFICIAL
CAPACITY AND ACTING IN THEIR INDIVIDUAL
CAPACITY

STATE TROOPER KENNETH WAYNE HAAS
IOWA STATE PROSECUTOR

Case No. CV 09 5071 JSW (PR)

COMPLAINT UNDER THE CIVIL RIGHTS ACT
Title 42 U.S.C § 1983
     42 U.S.C § 1985
     42 U.S.C § 1988
     42 U.S.C § 1982 et seq.

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.   Exhaustion of Administrative Remedies.

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement  **Victorville, CA.**

   B.   Is there a grievance procedure in this institution?

       YES (X)   NO ( )

   C.   Did you present the facts in your complaint for review through the grievance procedure?

       YES (X)   NO ( )

   D.   If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT              -1-

1. Informal appeal **United States Court of Appeals for the Eighth Circuit (06-3212)**

Date of Result: January 24, 2008

2. First formal level **United States of Appeals for the Eighth Circuit (06-3212)**

Petition for Rehearing and Rehearing Enbanc
Date of Result: May 20th 2008

3. Second formal level **Supreme Court of the United States (08-7213)**
Writ of Certiorari

Date of Result: December 5th 2008

4. Third formal level **Supreme Court of the United States**

Petition for Rehearing of Writ

Date of Result: PENDING

    E.    Is the last level to which you appealed the highest level of appeal available to you?

        YES (X)    NO ( )

    F.    If you did not present your claim for review through the grievance procedure, explain why. _____

II.    Parties.

    A.    Write your name and your present address. Do the same for additional plaintiffs, if any.

**STEPHEN GILL, REG.NO. 94170198, TCI CAMP, P.O. BOX 7001, TAFT, CA 93268**

**BARBARA ANNE RILEY, REG.NO. 94171198, FCC VICTORVILLE, P.O. BOX 5300, ADELANTO, CA, 92301**

    B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

COMPLAINT          -2-

II. Parties (continued)

    B.    Write the full name of each defendant, his or her official position, and his or her place of employment.

1. Matthew G. Whitaker   U.S. Attorney for State of Iowa
   U.S. Department of Justice

2. Kelly Mahoney   Assistant U.S. Attorney, Iowa
   U.S. Attorney Office Des Moines, Iowa

3. Andrew H. Kahl   Assistant U.S. Attorney, Iowa
   U.S. Attorney Office Des Moines, Iowa

4. Iowa State Prosecutor   State Office Des Moines, Iowa

5. Iowa State Police   Des Moines, Iowa Office

6. Iowa State Troopers   Des Moines, Iowa Office

7. Kenneth Wayne Haas   Iowa State Trooper
   State Trooper Office Des Moines, Iowa

COMPLAINT                   -3-

1
2
3
4
5      I declare under penalty of perjury that the foregoing is true and correct.
6
7      Signed this  19th  day of  October , 20 09
8
9              Barbara Riley "Rose"
10                          (Plaintiff's signature)

COMPLAINT